NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


C.M.W.,                                              )
                                                     )
            Appellant,                               )
                                                     )
v.                                                   )          Case No.  2D18-1372
                                                     )
STATE OF FLORIDA,                                    )
                                                     )
            Appellee.                                )
                                                     )
_____)

Opinion filed June 19, 2019.

Appeal from the Circuit Court for
Charlotte County; Peter A. Bell, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey
Sims-Bohnenstiehl, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.